NUMBER 13-04-417-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________

TODD DYER,                                                                    Appellant,

v.

BOY SCOUTS OF AMERICA, ET AL.,                                  Appellees.
___________________________________________________________________

On appeal from the 36th District Court 
of San Patricio County, Texas
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Memorandum Opinion Per Curiam

         Appellant, TODD DYER, attempted to perfect an appeal from an order entered
by the 36th District Court of San Patricio County, Texas, in cause number S-02-5667CV-A-1. The order in this cause was signed on July 1, 2004. No timely motion
for new trial was filed. Pursuant to Tex. R. App. P. 26.1, appellant’s notice of appeal
was due on August 2, 2004, but was not filed until August 6, 2004. 
         Notice of this defect was given so that steps could be taken to correct the
defect, if it could be done. Appellant was advised that, if the defect was not corrected
within ten days from the date of receipt of this Court’s letter, the appeal would be
dismissed. To date, no response has been received from appellant.
         The Court, having examined and fully considered the documents on file,
appellant’s failure to timely perfect his appeal, and appellant’s failure to respond to this
Court’s notice, is of the opinion that the appeal should be dismissed for want of
jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.
                                                               PER CURIAM


Memorandum Opinion delivered and filed this
the 30th day of September, 2004.